UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    AMOS L HORTON  
    NICOLE L HORTON  
    Debtor(s)

Case No. 09-41723

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/03/2009.

2) The plan was confirmed on 02/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/24/2014.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,630.00.

10) Amount of unsecured claims discharged without payment: $37,761.58.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $50,493.62 |
| Less amount refunded to debtor | $243.62 |

**NET RECEIPTS:** $50,250.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,227.73 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,727.73

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIANCE ONE | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOCIATES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AURORA PEDIATRIC CLINIC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CANDIS KING | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 936.00 | 1,011.65 | 1,011.65 | 731.82 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 2,494.00 | NA | NA | 0.00 | 0.00 |
| COMPLETE CREDIT SOLUTIONS | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Secured | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 499.74 |
| CONSUMER PORTFOLIO SERVICES | Unsecured | NA | 1,236.92 | 1,236.92 | 894.77 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 607.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 1,028.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 3,446.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DREYER MEDICAL CLINIC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| DUVERA FINANCIAL | Unsecured | 1,034.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| GREGERSON RADIOLOGY CONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SERV | Unsecured | 699.00 | 698.89 | 698.89 | 505.57 | 0.00 |
| IC SYSTEM | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 9,596.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 0.00 | 4,202.07 | 4,202.07 | 4,202.07 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,787.00 | 3,787.00 | 3,787.00 | 3,787.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 454.00 | 454.00 | 454.00 | 328.42 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Secured | 22,935.00 | 22,302.56 | 22,302.56 | 22,302.56 | 2,780.12 |
| KCA FINANCIAL SERVICES | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| MCS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 268.00 | 277.79 | 277.79 | 200.95 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 919.00 | 921.17 | 921.17 | 666.36 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 650.00 | 651.82 | 651.82 | 471.52 | 0.00 |
| NATIONAL EDUCATION SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL EDUCATION SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 849.00 | 848.69 | 848.69 | 613.93 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| OLSON CHIROPRACTIC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PENTAGROUP FINANCIAL | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| RUSH PRES ST LUKES MEDICAL CTR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RWDS | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | NA | 444.00 | 444.00 | 321.18 | 0.00 |
| SPEEDWAY | Unsecured | 323.00 | 323.55 | 323.55 | 234.05 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 251.88 | 251.88 | 182.21 | 0.00 |
| TCF BANK | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 2,122.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| USCB CORPORATION | Unsecured | 1,315.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WOODFOREST NATIONAL BANK | Unsecured | 1,406.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $28,102.56 | $28,102.56 | $3,279.86 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$28,102.56** | **$28,102.56** | **$3,279.86** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $4,202.07 | $4,202.07 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,787.00 | $3,787.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,989.07** | **$7,989.07** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$7,120.36** | **$5,150.78** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,727.73 |
| Disbursements to Creditors | $44,522.27 |
| **TOTAL DISBURSEMENTS:** | **$50,250.00** |

**UST Form 101-13-FR-S (9/1/2009)**

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/20/2015                                      By: /s/ Glenn Stearns
                                                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**